FILED
2024 FEB 27 AM 11:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: rsm

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF(S) | CASE NUMBER **2:24-MJ-01074-DUTY** |
| v. | 1:23CR539 |
| WALTER SORNOZA | |
| DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: THE FEDERAL BUREAU OF INVESTIGATION
in the NORTHERN District of OHIO on 2/27/2024
at ___ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 11-2023
in violation of Title 21 U.S.C., Section(s) 846 & 841 (a)(1)
to wit: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES

A warrant for defendant's arrest was issued by: UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/27/24
Date

_Signature of Agent_

Ricardo Linarez Yax
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)                                    DECLARATION RE OUT-OF-DISTRICT WARRANT