Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty

FILED
2024 FEB 27  AM 11:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___rsm___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
WALTER SORNOZA
DEFENDANT
USMS#: _____

CASE NUMBER:

REPORT COMMENCING CRIMINAL ACTION

**2:24-MJ-01074-DUTY**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/27/24 at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 02/27/24 at 6:15 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 846 & 21 USC 841(a)(1)

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: NA

7. Year of Birth: 1974

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: NA  Phone Number: _____

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): NA

11. Name: Ricardo Linarez Yax (please print)

12. Office Phone Number: 323 828 9619    13. Agency: FBI

14. Signature: [signature]    15. Date: 02/27/2024

64 (09/20)    REPORT COMMENCING CRIMINAL ACTION