**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☒ LA ☐ RS ☐ SA   DATE FILED: 2/27/2024 |
| | CASE NUMBER: 2:24-mj-01074-DUTY   ☐ Under Seal |
| v. | INIT. APP. DATE: 2/27/2024   TIME: 1:30 PM |
| WALTER SORNOZA | CHARGING DOC: Out of District Affidavit |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 21 USC 846; 21 USC 841 |
| | COURTSMART/REPORTER: |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** ~~Michael R. Wilner~~ Brianna

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: ~~Eduardo Ramirez~~ Christianna Fuller Mircheff / Howard / Brandon Martinez-Jones
         Deputy Clerk                Assistant U.S. Attorney            Interpreter / Language

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☒ Attorney: ~~Erica Choi~~ Carey Caruso ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ~~DFPD~~ ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
☐ Contested detention hearing is held. ☒ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☒ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☒ GRANTED ☐ DENIED  *if sealed*
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT**   ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at _____ in Los Angeles
☐ Post-Indictment Arraignment set for: _____ at _____ in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights.   ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 3/5/2024   (Time) 2:00 ☐ AM / ☒ PM
☒ Type of Hearing: Detention / Further Proceedings Before Judge Mircheff / Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☒ Judge's Courtroom 780
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).
☐ Other:

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10   ☐ READY        Deputy Clerk Initials: CH / 15