**FILED**
CLERK, U.S. DISTRICT COURT

MARCH 5, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ch_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER SORNOZA,<br><br>Defendant. | Case 2:24-mj-1074<br><br>ORDER OF DETENTION |

On February 27, 2024, Defendant Walter Sornoza made his initial appearance on an indictment filed in the Northern District of Ohio. He was represented by Carey Caruso. Mr. Caruso requested a continuance of the detention hearing, and so the Court temporarily detained Mr. Sornoza pending the continued hearing. On March 5, 2024, the Court held a detention hearing and heard argument. At the close of that hearing, the Court ordered Mr. Sornoza permanently detained. This Order memorializes the findings made during the hearing.

The Court finds that the government is entitled to a detention hearing because the case involves a controlled-substance offense with a statutory maximum of at least ten years. 18 U.S.C. § 3142(f)(1)(C). The Court further finds that the Government is

entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community. 18 U.S.C. § 3142(e)(3)(A).

The Court finds that the presumption has been rebutted in this case, but that no condition or combination of conditions will reasonably assure the safety of any person or the community or Mr. Sornoza's appearance for court appearances. The Court has considered: (a) the nature and circumstances of the offense(s) charged; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. 18 U.S.C. § 3142(g). The Court also considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

As to risk of danger, which is the Court's primary concern, the Court makes the following findings: Mr. Sornoza is charged for his involvement in trafficking a large quantity of marijuana that was destined for the Northern District of Ohio. Mr. Sornoza has had frequent interactions with the criminal legal system. While many of his arrests and convictions are for fairly minor offenses, he has a previous federal conviction in New York for trafficking conduct similar to that charged in this case. After serving a 77-month sentence, he violated the terms of his supervision; according to the Pretrial Services Report, that violation, too, was premised on conduct relating to distributing marijuana. For his violation, he received a sentence of 30 months.

When the warrant was executed in this case, Mr. Sornoza allegedly threw 150 lbs. worth of marijuana out his window. During a law enforcement search of his house last year, Mr. Sornoza allegedly threw a firearm out his window.

While Mr. Sornoza has significant bail resources and has offered to submit to stringent conditions of bond, the Court is concerned that Mr. Sornoza would not comply with those stringent conditions, given this history. The Court thus concludes

that no condition or combination of conditions will reasonably assure the safety of the community.

IT IS THEREFORE ORDERED that Mr. Sornoza should be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. 18 U.S.C. § 3142(i).

Dated: March 5, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE